**Electronically Filed
Intermediate Court of Appeals
28315
20-JAN-2011
10:37 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---o0o---


KEE SUN KIM,
Claimant/Appellant-Appellee, Cross-Appellee,
vs.
LIBERTY MUTUAL FIRE INSURANCE COMPANY,
Respondent/Appellee-Appellant, Cross-Appellee,
and
J.P. SCHMIDT, Insurance Commissioner,
Department of Commerce and Consumer Affairs,
Appellee-Appellee, Cross-Appellant.


NO. 28315


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 06-1-0994)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion of the Court, filed on December 23, 2010, is hereby corrected as follows:

1. On page 3, in the twentieth line, the citation to "§ 431-10C-212 (2005)" should be corrected to read "§ 431:10C-212 (2005)."

---

[1] Nakamura, Chief Judge, Foley, and Fujise, JJ.

2.      On page 7, in the second line, the word "a" should be inserted between the words "was" and "passenger" so that as corrected, the text reads: ". . . she was a passenger in a vehicle . . . ."

3.      On page 16, in the first line, the word "and" which appears after the word "simply" should be replaced with the word "an" so that as corrected, the text reads: " . . . and not simply an altruistic concern."

4.      On page 17, in the fourth line, the word "content" should be replaced with the word "contest" so that as corrected, the text reads: " . . . ability to contest . . .."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, January 20, 2011.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge